**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KENDRICK VAUGHN, on behalf of himself and all others similarly situated,<br>Plaintiffs,<br>v.<br>Taste It Inc.,<br>Defendant. | Civil Action No. 1:26-cv-03182<br>Hon. Jeffrey I. Cummings<br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE,** that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing confidential settlement terms and conditions and we anticipate filing a Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: May 26, 2026

**/s/ Alison Chan**
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N
Brooklyn, NY 11234
O: 844-731-3343
D: 929-442-2154
Email: Achan@ealg.law
*Attorneys for Plaintiff*