| | | |
|---|---|---|
| KENDRICK VAUGHN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TASTE IT INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-3182<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: July 8, 2026

***/s/ Alison Chan***

Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (929)-442-2154
Email: achan@ealg.law
*Attorney for Plaintiff*

By: /s/ **Steven L. Baron**
Steven L. Baron (ARDC #6200868)
BARON HARRIS HEALEY
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
(312) 741-1027
sbaron@bhhlawfirm.com
*Attorneys for Defendant*